**DOUGLAS A. LINDE, ESQ. (SBN 217584)(dal@lindelaw.net)**
**ERICA ALLEN, ESQ. (SBN 234922)(eag@lindelaw.net)**
**AREN KAVCIOGLU, ESQ. (SBN 221992 (ak@lindelaw.net)**
**THE LINDE LAW FIRM**
**9000 Sunset Boulevard, Ste. 1025**
**Los Angeles, California  90069**
**Telephone (310) 203-9333**
**Fax (310) 203-9233**

Attorneys for Plaintiffs,
GLEN E. FRIEDMAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN E. FRIEDMAN, ) | Case No. CV 11-04221 SJO (VBKx) |
| ) | Complaint Filed May 17, 2011 |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| UNIVERSAL MUSIC GROUP, INC.;) | **NOTICE OF SETTLEMENT** |
| and DOES 1 though 10, inclusive, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**TO THE HONORABLE COURT:**

PLEASE TAKE NOTICE that the parties reached an agreement on the terms of a settlement that would result in a complete dismissal of this case against all parties with prejudice and have drafted a long form settlement agreement which has been signed by Plaintiff and is awaiting signature by Defendant and payment of the settlement amount,

which Defendant anticipates will occur forthwith.  Accordingly, the parties respectfully request the Scheduling Conference set for Monday, August 22, 2011 be vacated.

Dated:  August 19, 2011    THE LINDE LAW FIRM

By:_/s Erica L. Allen_____
Douglas A. Linde
Erica L. Allen
Aren Kavcioglu
Attorneys for Plaintiff,
 GLEN E. FRIEDMAN

Dated: August 19, 2011    CALDWELL, LESLIE & PROCTOR, PC

By:_/s/ Lind M. Burrow_____
Linda M. Burrow
Attorney for Defendant
UNIVERSAL MUSIC GROUP, INC.