JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
Scan Only ___

**CASE NO.:** CV 11-04221 SJO (VBKx)     **DATE:** September 1, 2011

**TITLE:** Glen E Friedman v. Universal Music Group, Inc. et al

========================================================================

**PRESENT:** THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Victor Paul Cruz | Not Present |
| Courtroom Clerk | Court Reporter |

**COUNSEL PRESENT FOR PLAINTIFF(S):**      **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                                Not Present

========================================================================

**PROCEEDINGS:** IN CHAMBERS

The Court is in receipt of the Stipulation of Voluntary Dismissal filed by Plaintiff [15] on 08/15/11. Accordingly, the Court Orders this matter dismissed pursuant to said Stipulation of Voluntary Dismissal.